UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY LEONARD, | CIVIL ACTION |
| Plaintiff, | NO. 2:16-cv-01130-CB |
| v. | |
| ABC FINANCIAL SERVICES, INC., | |
| Defendant. | |

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I.   PROCESS.**

Select one of the following processes:

  __X__   Mediation

  _____   Early Neutral Evaluation (ENE)

  _____   Court Sponsored Binding[1] Arbitration

  _____   Court Sponsored Non-binding Arbitration

  _____   Court Sponsored Non-binding Arbitration

  _____   Other (please identify process and provider)  _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and**

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov.

**Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

## II.   COSTS.

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration.  For that process, costs are paid by the Court in accordance with 28 USC §658):

    50   % by Plaintiff(s)

    50   % by Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

## III.   NEUTRAL.

The parties hereby designate by agreement the following individual to serve as Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Patricia L. Dodge, Esq. |
| Address of Neutral: | Meyer Unkovic Scott<br>Henry W. Oliver Building<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222 |
| Telephone & FAX Numbers: | 412.456.2800 (phone); 412.456.2864 (fax) |
| Email address of Neutral: | pld@muslaw.com |
| **Date of ADR Session:** | December 8, 2016 |

The parties represent that they have contacted the selected prospective neutral and have determined that (1) the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and the above proposed dates and (2) the neutral does not have a conflict that would preclude mediating this matter.

IV.     **PARTICIPANTS.**

Name and title of individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff(s)  Ashley Leonard            Ashley Leonard
                                             Name and title

For Defendant(s) ABC Financial Services, Inc.   Jill Dozier, Chief Operating Officer,
                                                or other representative[2]
                                                Name and title

For 3rd party Deft(s)  N/A                   N/A
                                             Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

---

[2] As per W.D. Pa. ADR Pol. 2.7.A.1.

**ACKNOWLEDGEMENT**

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

                Respectfully Submitted,

                **COHEN, SEGLIAS, PALLAS,**
                    **GREENHALL & FURMAN, P.C.**

**BY:** */s/ James McNally*
              **James McNally, Esquire**
              Pa. Attorney I.D. Number 78341
              525 William Penn Place, Suite 3005
              Pittsburgh, PA 15219
              Office: 412.434.5530
              Fax: 412.774.4143
              Email: jmcnally@cohenseglias.com
              *Attorney for Defendant,*
              *ABC Financial Services, Inc.*


**KIMMEL & SILVERMAN, P.C.**

              [Counsel for Plaintiff has consented to the filing of this document]

**BY:** _____
              Amy L. B. Ginsburg, Esq.
              30 East Butler Pike
              Ambler, PA 19002
              Phone: 215-540-8888
              Fax: 877-788-2864
              Email: aginsburg@creditlaw.com
              *Attorney for Plaintiff,*
              *Ashley Leonard*

Date:  October 13, 2016

## **CERTIFICATE OF SERVICE**

I, JAMES McNALLY, hereby certify that on this 13th day of October 2016, I caused a true and correct copy of the foregoing Stipulation Selecting ADR Process to be served via Court's Electronic Filing System, CM/ECF, with courtesy copy via email, upon the following:

>Amy L. B. Ginsburg, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: 215-540-98888
>Fax: 877-788-2864
>Email: aginsburg@creditlaw.com
>*Attorney for Plaintiff,*
>*Ashley Leonard*

>/s/ *James McNally*
>　　JAMES McNALLY

Date:  October 13, 2016