# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY LEONARD, | Case No.: 2:16-CV-01130-CB |
| Plaintiff, | |
| v. | |
| ABC FINANCIAL SERVICES, INC., | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the parties' Joint Motion for an Order Authorizing and Directing MetroPCS to Produce Cellular Telephone Records and Extending the Discovery End Date and there being good cause shown,

**IT IS HEREBY ORDERED**:

1. MetroPCS is authorized and directed to produce cellular telephone records for the telephone number 412-482-4928 for theperiod June 1, 2015, through August 31, 2016, in response to Defendant's January 30, 2017 subpoena;

2. The discovery end date in this case is extended until fifteen days after both Parties receive the subpoenaed documents or information form MetroPCS.

BY THE COURT:

_____, J.

4278348.4 50291-0026