# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-1130 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ABC FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's counsel has advised Chambers that MetroPCS has complied with the Court's Order dated March 1, 2017 (Doc. 29). Although the Court seriously considered proceeding with the Show Cause Hearing as scheduled, it does not want the parties to this litigation to suffer additional inconvenience and expense. *Cf.* Docs. 27-29 (reflecting extension of discovery deadline, necessitated by MetroPCS's prior refusal to comply). For this reason, alone, the Show Cause Hearing will be cancelled.

To be clear, however, if MetroPCS indeed took the positions described by counsel in this case, those positions are legally indefensible. The parties, and the Court, are not required to jump through onerous hoops, created by corporate bureaucracy, to secure compliance with lawfully issued subpoenas. The company's internal practices/procedures, in addition to appearing in need of deliberate legal review (and updating), provide no excuse for failing to comply with lawfully-issued subpoenas and/or Court orders. While legitimate reasons to question or challenge a subpoena undoubtedly exist, a company's review-practices should not

degenerate into an exercise of, "Are there reasons to refuse compliance? Let us count the ways . . ."

Consistent with the foregoing, the Show Cause hearing set for Thursday, March 9, 2017, at 11:00 a.m. is **CANCELLED**, and Defendant's counsel is directed to serve this Order by the same means as it did the Order of March 3rd.

IT IS SO ORDERED.


March 7, 2017                                         s\Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States District Judge

cc (via ECF email notification):

All Counsel of Record