IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY LEONARD, | § |
| | § |
| Plaintiff, | §  Civil Action No. 2:16-cv-01130-CB |
| | § |
| v. | § |
| | § |
| ABC FINANCIAL SERVICES, INC., | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                            RESPECTFULLY SUBMITTED,

DATED: January 26, 2018

                                      By: /s/ Amy L. Bennecoff Ginsburg
                                            Amy L. Bennecoff Ginsburg, Esq.
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Facsimile: (877) 788-2864
                                            Email: teamkimmel@creditlaw.com
                                            Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Michael Metz-Topodas, Esq.
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
215-564-1700
Fax: 215-564-1700
Email: mmetz-topodas@cohenseglias.com

James McNally, Esq.
Cohen Seglias Pallas Greenhall & Furman
525 William Penn Place, Suite 3005
Pittsburgh, PA 15219
(412) 434-5530
Email: jmcnally@cohenseglias.com
Attorney for Defendant


Dated: January 26, 2018                By: /s/ Amy L. Bennecoff Ginsburg
                                              Amy L. Bennecoff Ginsburg, Esq.
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Avenue
                                              Ambler, PA 19002
                                              Tel: 215-540-8888
                                              Fax: 215-540-8817
                                              teamkimmel@creditlaw.com