## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEY LEONARD,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 2:16-cv-01130-CB** |
| | § | |
| **v.** | § | |
| | § | |
| **ABC FINANCIAL SERVICES,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.


*/s/ James McNally*

James McNally
Cohen Seglias Pallas Greenhall & Furman, P.C.
525 William Penn Place
Suite 3005
Pittsburgh PA 15219
T: (412) 434-5530
F: (412) 774-4143
jmcnally@cohenseglias.com
Attorney for the Defendant

Date: February 27, 2018


*/s/ Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff


Date: February 27, 2018


BY THE COURT:


_____

J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 27th day of February, 2018:

James McNally, Esq.
Cohen Seglias Pallas Greenhall & Furman
525 William Penn Place
Suite 3005
Pittsburgh, PA 15219
(412) 434-5530
Email: jmcnally@cohenseglias.com
Attorneys for Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff